IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | No. 92-504-5 |
| CARLTON LOVE | : | |

## **ORDER**

AND NOW, this 24th day of January, 2013, upon consideration of Defendant Carlton Love's Motion to Amend, in which Love seeks to amend his pending sentence reduction motion, it is ORDERED the motion (Document 802) is GRANTED insofar as this Court will consider the arguments raised therein in deciding Love's sentence reduction motion.

It is further ORDERED Love's Motion for Downward Departure (Document 800), Motion for Re-sentencing and/or Sentence Reduction Pursuant to § 3582(c)(2) and Amendment 505 and Amendment 536 (Document 801), and Motion Seeking Reconsideration for Petitioner's Request for Sentencing Reduction Under 18 U.S.C. § 3582(c)(2) and Amendment 505 (Document 809) are DENIED.

BY THE COURT:

　　/s/ Juan R. Sánchez　　　　　
Juan R. Sánchez